TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JOHN A. BALLOS
Assistant U.S. Attorney
Arizona State Bar No. 020981
7102 E. 30th Street, Suite 101
Yuma, Arizona 85365
Telephone: 928-314-6410
Email: John.Ballos@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED
May 09 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-00712-PHX-JFM |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. | VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i) |
| Carlos Murillo, | (Transportation of an Illegal Alien for Profit) |
| Defendant. | Count 1 |
| | 18 U.S.C. § 371 (Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States) Count 2 |
| | 8 U.S.C. § 1324(b), 18 U.S.C. §§ 981 and 982, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## COUNT 1

On or about April 30, 2025, in the District of Arizona, the defendant, CARLOS MURILLO, knowing and in reckless disregard of the fact that a certain alien, Marcelino Garcia-Alejo, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of

1  transportation and otherwise in furtherance of such violation of law, for the purpose of
2  commercial advantage and private financial gain.
3        In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and
4  (a)(1)(B)(i).

## COUNT 2

6        Beginning on an unknown date and continuing up to and including April 30, 2025,
7  in the District of Arizona and elsewhere, defendant CARLOS MURILLO did knowingly
8  and willfully conspire and agree with others known and unknown, to commit a crime
9  against the United States, namely, Bringing an Illegal Alien to the United States in violation
10 of Title 8, United States Code, Section 1324(a)(2)(A).
11       In furtherance of said conspiracy and to effect and accomplish the objects thereof,
12 the following overt acts, among others, were committed in the District of Arizona and
13 elsewhere:
14     1.    On or before April 30, 2025, unknown co-conspirators in Mexico brought
15 Marcelino Garcia-Alejo to the Mexican border with the United States, with the purpose
16 that Marcelino Garcia-Alejo would enter the United States, knowing and in reckless
17 disregard of the fact that Marcelino Garcia-Alejo did not have prior official authorization
18 to come to, enter, and reside in the United States; and
19     2.    On or about April 30, 2025, defendant CARLOS MURILLO transported
20 Marcelino Garcia-Alejo in a vehicle within the District of Arizona to facilitate Marcelino
21 Garcia-Alejo's illegal entry into the United States.
22       All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

24       The United States realleges and incorporates the allegations of Count 1 of this
25 Information, which are incorporated by reference as though fully set forth herein.
26       Pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States
27 Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title
28

1  28, United States Code, Section 2461(c), and upon conviction of one or more of the
2  offenses alleged in Count 1 of this Information, the defendant(s) shall forfeit to the United
3  States of America all right, title, and interest in (a) any property constituting, or derived
4  from, any proceeds the persons obtained, directly or indirectly, as the result of the offense,
5  and (b) any property used, or intended to be used, in any manner or part, to commit, or to
6  facilitate the commission of such offense, including, but not limited to the following
7  property involved and used in the offense:

        2021 Toyota Corolla, Vin #JTDS4MCE2MJ066996, CA LP 8UAR419

9  If any of the above-described forfeitable property, as a result of any act or omission
10 of the defendant(s):

11 (1) cannot be located upon the exercise of due diligence,
12 (2) has been transferred or sold to, or deposited with, a third party,
13 (3) has been placed beyond the jurisdiction of the court,
14 (4) has been substantially diminished in value, or
15 (5) has been commingled with other property which cannot be divided without
16 difficulty,
17 it is the intent of the United States to seek forfeiture of any other property of said
18 defendant(s) up to the value of the above-described forfeitable property, pursuant to Title
19 21, United States Code, Section 853(p).

1  All in accordance with Title 8, United States Code, Section 1324(b), Title 18, United
2  States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881,
3  Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal
4  Procedure.

5  Dated this ___7___ day of May, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*John Ballos*
JOHN A. BALLOS
Assistant U.S. Attorney